

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Steven Wayne Fisher v. The State of Texas

Appellate case number:      01-15-00339-CR

Trial court case number:    1428579

Trial court:                263rd District Court of Harris County

       Appellant has filed a motion to abate this appeal for the trial court to issue a corrected Certification of the Defendant's Right to Appeal indicating that the underlying case is not a plea bargain case and the defendant has the right to appeal. Appellant notes that the clerk's record contains a January 7, 2015 Certification stating that the case was a plea bargain case and the defendant does not have the right to appeal. But the notice of appeal on file with this Court attaches a corrected Certification issued on the same day striking its prior statement and stating that the case "is not a plea bargain case, and the defendant has the right to appeal." Accordingly, because a corrected Certification has been issued with the statement requested by appellant, the motion to abate is **dismissed as moot**.

       It is so ORDERED.


Judge's signature: /s/ Jane Bland
                 Acting individually


Date: February 14, 2017